# United States Court of Appeals
**For the Seventh Circuit**
Chicago, Illinois 60604

May 8, 2024

**Before**

JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 23-2976 | |
| CHARLES W. CHRISTOPHER, *Petitioner-Appellant*, | Appeal from the United States District Court for the Central District of Illinois. |
| | No. 4:22-CV-04187-SLD |
| *v.* | |
| UNITED STATES OF AMERICA, *Respondent-Appellee*. | Sara Darrow, *Chief Judge*. |

**O R D E R**

The district court denied Charles Christopher's motion to vacate his conviction and sentence under 28 U.S.C. § 2255. After reviewing the district court's order and the record on appeal, we conclude that Christopher has made a substantial showing of the denial of his right to effective counsel under the Sixth Amendment. *See* 28 U.S.C. § 2253(c)(2). The parties should address whether Christopher's counsel was ineffective for not arguing that, for a sentence under 18 U.S.C. § 2260A, a predicate offense "involving a minor" must involve an actual minor, whereas here Christopher's predicate offense was an attempt crime involving only an adult posing as a minor.

Accordingly, we **GRANT** Christopher's request for a certificate of appealability and his motion to proceed *in forma pauperis*. Because the court would benefit from additional counseled briefing and oral argument, we also *sua sponte* appoint counsel for Christopher. An order designating counsel and setting a briefing schedule will follow.